

284 U.S. Route 206
Bldg. E Suite 10
Hillsborough, NJ 08844

Ofc: 908-431-3108
Fax: 908-431-3109

Patricia@PLKLawGroup.com
www.PLKLawGroup.com

November 21, 2019

**VIA ELECTRONIC MAIL**
Honorable Claire C. Cecchi
United States District Court – District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**    *Drake v. Teleky et al.*, Case No. 2:19-cv-13049-CCC-MF

Dear Judge Cecchi:

      This firm represents Plaintiff Kent L. Drake in the above-captioned matter. Please take notice that Plaintiff, by undersigned counsel, hereby respectfully withdraws, his pending Motion to Strike Defendants' First, Second, Sixth, Seventh, and Eight Affirmative Defenses filed on August 9, 2019. [Dkt. # 36], without prejudice. The issues raised in that Motion relate to Bruce Teleky and Bruce Teleky, Inc.'s ("Defendants") Answer, dated July 19, 2019 [Dkt #34]. Defendants subsequently filed an amended answer on August 19, 2019 [Dkt. #39].

      Very truly yours,

      */s/ Patricia Lawrence-Kolaras, Esq.*
      Patricia Lawrence-Kolaras, Esq.

Cc: Jura C. Zibas, Esq.