

May 4, 2020

Jura C. Zibas
212.915.5756 (direct)
Jura.Zibas@wilsonelser.com

**Via ECF**

Hon. Mark Falk
United States District Court
District Of New Jersey
1 Federal Square, Fourth Floor
Newark, New Jersey 07101

      Re:    Drake v. Teleky et al
             19-cv-13049

Dear Judge Falk:

We write to inform the Court that defendant Bruce Teleky has died. We were informed this morning (May 4, 2020) that Mr. Teleky passed away on April 23, 2020. A formal Suggestion of Death is being filed contemporaneous with this letter.

In light of the foregoing, we expect that an extension of all impending deadlines, including the settlement conference presently scheduled for June 23, 2020, may be necessary. We intend to confer with opposing counsel about an application to extend all deadlines. If an agreement is reached, we anticipate filing a joint motion for extension of the discovery deadlines. If not, we anticipate that a motion seeking the same relief will be filed by Bruce Teleky, Inc. separately. Mr. Teleky was the only known representative of the corporate entity so we must now re-assess our path forward given his tragic death.

We thank the Court for its attention to this matter.

Very truly yours,
Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Jura Zibas

Jura C. Zibas
cc: All Parties (Via ECF)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • FrankFurt • Munich • Paris

**wilsonelser.com**

10731298v.1