

284 U.S. Route 206
Bldg. E Suite 10
Hillsborough, NJ 08844

Ofc: 908-431-3108
Fax: 908-431-3109

Patricia@PLKLawGroup.com
www.PLKLawGroup.com

July 27, 2020

**VIA ECF**
Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
1 Federal Square
Newark, New Jersey 07101

      **Re:** *Drake v. Teleky et al., Case No. 2:19-cv-13049*

Dear Judge Falk:

We write with an update on the status of the settlement agreement reached between the parties during your Honor's June 23, 2020 zoom Settlement Conference. This firm represents the Plaintiff, Kent Drake in the above-referenced matter, and the defendants, Bruce Teleky, now deceased, and Bruce Teleky, Inc. ("Defendants") have not proceeded with finalizing the terms of settlement as agreed.

Your Honor may recall the special cicumstances pertaining to this case as well as the concerns raised with respect to finalizing the settlement agreement between the parties, where the Defendant Teleky has recently passed and the Plaintiff, is an impaired 83-year old retired veteran. On July 5, 2020, Plaintiff emailed Defeandants' counsel a settlement draft documenting the party's ageed upon terms for review and approval. As of today, Defendants have not provided their approval. Defendants' counsel indicated that they were no longer capable of finalizing the settlement agreement until another attorney is bought in on the case. On July 8, 2020, upon Plaintiff's request, Defendants represented that they were not aware of that particular counsel's name, but would provide the information.

In furtherance of closing this matter, on July 16, 2020, Plaintiff again requested the unknown counsel's name. Defendants have yet to identify counsel as indicated, and it has now been nearly three (3) weeks that the settlement draft remains without follow-up.

Your Honor may also recall during the Settlement Conference, Plaintiff's counsel's request to seek your intervention in the event an issue arose. In that regard, Plaintiff seeks the Court's assistance in binding the Defendant's insurance carrier to render as agreed, the settlement payment in the amount of Thirty Thousand ($30,000,00) Dollars to Plaintiff. In exchange, Plaintiff agreed to release and file a stipulation of dismissal. It remains unclear why another attorney is necessary for Defendants to close on such clear-cut and limited terms.

A sincere thanks to the Court for its time and attention to this matter.

Very truly yours,
/s/ *Patricia Lawrence-Kolaras*
Patricia Lawrence-Kolaras, Esq.

Cc:   Jura C. Zibas, Esq. (Via ECF)
      Stephen J. Barrett, Esq. (Via ECF)

2