KENT L. DRAKE,

          Plaintiff,

v.

BRUCE TELEKY,
BRUCE TELEKY, INC.
POSTERAZZI CORP.,
AMAZON.COM, INC., and
WALMART, INC.,

          Defendants.

CIVIL ACTION NO.:
2:19-cv-13049-CCC-MF

**STIPULATION OF VOLUNTARY
DISMISSAL AND ORDER PURSUANT
TO FED. R. CIV. P. 41(a)(1)(a)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Kent L. Drake and

the Defendants, the deceased, Bruce Teleky ("Teleky") and Bruce Teleky, Inc. ("Teleky, Inc."),

through their undersigned counsel, that the above-captioned action, is voluntarily **DISMISSED**

**WITH PREJUDICE** with respect to Teleky and Teleky, Inc., pursuant to Fed. R. Civ.

P. 41(a)(1)(a)(ii).  Each party shall bear its own costs and attorneys' fees.

[Signatures on following page]

Dated: September 9, 2020 _~~August~~_, 2020

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKLER, LLP**
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5756
Fax: (212) 490-3038
jura.zibas@wilsonelser.com

By: _____
Jura Zibas, Esq.
*Counsel for Defendants
Bruce Teleky and Bruce Teleky Inc.*

Dated: August 31, 2020

**THE PLK LAW GROUP, P.C.**
284 U.S. Route 206, Bldg. E, Suite 10
Hillsborough, NJ 08844
Tel: (908) 431-3108
Fax: (908) 431-3109
patricia@plklawgroup.com

By: _____
Patricia Lawrence-Kolaras, Esq.
*Counsel for Plaintiff Kent L. Drake*

**SO ORDERED this _____ day of _____, 2020.**

_____
**Mark Falk, Chief U.S. Magistrate Judge**

#14900196v2 (24041.001)

5

11060117v.1