UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENT L. DRAKE, | CIVIL ACTION NO.: 2:19-cv-13049-CCC-MF |
| Plaintiff, | |
| v. | |
| BRUCE TELEKY, BRUCE TELEKY, INC. POSTERAZZI CORP., AMAZON.COM, INC., and WALMART, INC., | **STIPULATION OF VOLUNTARY DISMISSAL AND ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(ii)** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Kent L. Drake and the Defendants, the deceased, Bruce Teleky ("Teleky") and Bruce Teleky, Inc. ("Teleky, Inc."), through their undersigned counsel, that the above-captioned action, is voluntarily **DISMISSED WITH PREJUDICE** with respect to Teleky and Teleky, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii). Each party shall bear its own costs and attorneys' fees.

[Signatures on following page]

4

11060117v.1

Dated: ~~August~~ September 9 , 2020

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKLER, LLP**
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5756
Fax: (212) 490-3038
jura.zibas@wilsonelser.com

By: _____
Jura Zibas, Esq.
*Counsel for Defendants*
*Bruce Teleky and Bruce Teleky Inc.*

Dated: August 31 , 2020

**THE PLK LAW GROUP, P.C.**
284 U.S. Route 206, Bldg. E, Suite 10
Hillsborough, NJ 08844
Tel: (908) 431-3108
Fax: (908) 431-3109
patricia@plklawgroup.com

By: _____
Patricia Lawrence-Kolaras, Esq.
*Counsel for Plaintiff Kent L. Drake*

**SO ORDERED this  11  day of  September  , 2020.**

_____
~~Mark Falk, Chief U.S. Magistrate Judge~~
Claire C. Cecchi, U.S.D.J.

#14900196v2 (24041.001)

5

11060117v.1